**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALVIANETTE GIBSON-KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-3246 (UNA) |
| | ) | |
| TP2, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of the plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court GRANTS the application and DISMISSES the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under these statutes, federal jurisdiction is available when a "federal question" is presented or when the parties are of diverse citizenship and the amount in controversy exceeds $75,000. "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)). A party seeking relief in the district court must at least plead facts that bring the suit within the Court's jurisdiction. *See* FED. R. CIV. P. 8(a).

Plaintiff, who resides in the District of Columbia, alleges that, on September 16, 2023, she fell on a sidewalk at or near 314 Caroll Street, N.W., Washington, DC, and sustained significant physical injuries. *See* Compl. at 4. She brings this negligence action against the property owner and the District of Columbia, and demands monetary compensation. *See id.* at 5.

This case does not present a federal question, and because the parties appear to reside or conduct business in the District of Columbia, plaintiff also fails to establish diversity jurisdiction.

A separate Order will issue.

2026.10.26
16:21:36 -04'00'

TREVOR N. McFADDEN
United States District Judge

DATE: October 26, 2026